PER CURIAM.

Kevin L. Choice, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court accepting the recommendation of the magistrate judge. *See Choice v. Harrison,* No. CA–00–2380–18BD (D.S.C. May 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

On June 7, 2001, Dwaine Francis Teel filed this petition for a writ of mandamus seeking an order directing the district court to act on his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp.2000) filed on September 4, 1998. The district court entered an order granting the Government's motion for summary judgment on July 17, 2001. Because the district court has disposed of Teel's motion and closed the case on its docket, Teel's motion is moot. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re Dwaine Francis TEEL,
Petitioner.**

No. 01–6939.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Dwaine Francis Teel, Petitioner pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrius Lamont WALKER,
Defendant–Appellant.**

No. 01–6948.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.